AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No: 4:11CR40037-057 |
| Derrian Foster | ) | USM No: 08083-078 |
| | ) | |
| Date of Original Judgment: 12/18/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Bruce D. Eddy |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  84  months **is reduced to**  70 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/18/2012  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12/19/2014                            /s/P.K. Holmes,III
                                                  *Judge's signature*

Effective Date:                                   Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                  *Printed name and title*